# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 648 MAL 2014
:
                Respondent     :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
          v.             :
:
:
:
SHANE ALVIN GEEDY,        :
:
                Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.